# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No. 5:21-cr-181-LCB-HNJ** |
| ) | |
| **CHRISTOPHER WAYNE ARIVETT** ) | |

## ORDER

On January 7, 2023, a Change of Plea Hearing was held in the above case by Magistrate Judge Herman N. Johnson. A Report and Recommendation was filed on January 7, 2023 recommending that the guilty plea be accepted, and the defendant be adjudged guilty and have sentence imposed accordingly.

It is **ORDERED** that the Report and Recommendation is **ADOPTED** and the guilty plea is **ACCEPTED**.

**DONE** and **ORDERED** this March 27, 2023.

LILES C. BURKE
U.S. DISTRICT JUDGE